*Catharine Cook* v. *Charles Cook.* L. R. MARSH, for appellant;
B. DAVIS NOXON and D. D. HILLIS, for respondent. The order
of the vice chancellor of the seventh circuit awarding to the com-
plainant the custody of the female child of the parties affirmed,
with costs to be taxed.

*David Patterson* v. *Robert Elder et al.* D. P. HALL and D.
D. FIELD, for complainant; H. F. CLARK, for defendants. This
case came before the court upon an attachment against the de-
fendants Elder and Ridabock for a violation of an injunction re-
straining a nuisance carried on by the Butcher's Melting Associ-
ation in the city of New-York. Order declaring the defendants
guilty of the contempt, and imposing upon Elder a fine of $250,
in addition to his half of the complainant's costs and counsel fees,
amounting in the whole to $445,75; and upon Ridabock a fine
of $195,75, being his portion of the costs and expenses of the pro-
ceedings as to him.